UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER G. FRENCH,<br><br>                        Plaintiff,<br><br>v.<br><br>J. MITCHELL,<br><br>                        Defendant. | Case No.: 3:22-cv-01355-MMA-AHG<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR DEPOSITION**<br><br>**[ECF No. 18]** |

      Before the Court is Plaintiff's Request to Interview Witness Under Oath. ECF No. 18. Here, Plaintiff requests to depose a witness, Tom Blake. *Id*.

      Federal Rule of Civil Procedure 30 governs depositions by oral examination, and Federal Rule of Civil Procedure 31 governs depositions by written questions. Both rules require that a party seeking to take a deposition must "obtain leave of the court . . . if the deponent is confined in prison." FED. R. CIV. P. 30(a)(2)(B); FED. R. CIV. P. 31(a)(2)(B). From Plaintiff's filing, it is unclear whether she is seeking to depose Ms. Blake pursuant to Rule 30 or Rule 31.

      Thus, Plaintiff must file a Supplemental Brief in Support of her Request for Deposition by **May 4, 2023**. Plaintiff's Supplemental Brief must clarify which Federal Rule she seeks to use in her deposition of Ms. Blake and also must "specifically show the ability to comply with the applicable Federal Rules of Civil Procedure." *Ramos v. Mayfield*,

No. 21cv1036-ADA-EPG-PC, 2023 WL 414535 (E.D. Cal. Jan. 24, 2023) (regarding Rule 30 deposition, requiring that the prisoner seeking to employ this procedure provide "the name of the person to be deposed, the name and address of the court reporter who will take the deposition, the estimated cost for the court reporter's time and the recording, and the source of funds for payment of that cost. Plaintiff bears the responsibility to pay the costs of the deposition, including the cost of copies of deposition transcripts."); *Lopez v. Horel*, No. C-06-4772-SI-pr, 2007 WL 2177460, at *2 n.2 (N.D. Cal. July 27, 2007) (describing Rule 31 deposition procedure, and noting that a prisoner seeking to employ this procedure "thus has to pay the witness fee, deposition officer fee, court reporter fee, and the cost of a transcript of the proceedings").

**IT IS SO ORDERED.**

Dated:  April 13, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge